# TRANSCRIPT ORDER FORM (DKT-13)  READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S.D.C., Western Dist. of TX - Austin    District Court Docket No. 23-CV-00858

Short Case Title: Book People, Inv., et al v. Wong, et al.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Kristie M. Davis

Date Notice of Appeal Filed in the District Court: September 18, 2023    Court of Appeals No. Case Number: 23-50668

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 9/11/23 | Motion Hearings | Judge Alan Albright |
| 9/19/23 | Status Conference Hearing | Judge Alan Albright |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ■ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Christina Cella    Date Transcript Ordered: 9-19-2023
Print Name: Christina Cella and Amy Pletscher    Phone: 512-475-2952
Counsel for: Defendants Marth Wong, Keven Ellis and Mike Morath in their Official Capacities
Address: P. O. Box 12548, Capitol Station, Austin, TX 78711

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 9-19-23 | 9-19-23 | 10-19-23 | 50 |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date: 9-19-23    Signature of Reporter: Kristie Davis    Tel. 2546660904
Email of Reporter: kmdaviscsr@yahoo.com

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: 31    Actual Number of Volumes: 2

Date: 9-23-23    Signature of Reporter: Kristie Davis