# United States Court of Appeals for the Fifth Circuit

No. 23-50668

Book People, Incorporated; VBK, Incorporated, *doing business as* Blue Willow Bookshop; Association of American Publishers; Authors Guild, Incorporated; Comic Book Legal Defense Fund; American Booksellers Association,

*Plaintiffs—Appellees*,

*versus*

Martha Wong, *in her official capacity as the Chair of the Texas State Library and Archives Commission*; Kevin Ellis, *in his official capacity the Chair of the Texas State Board of Education*; Mike Morath, *in his official capacity as the Commissioner of the Texas Education Agency*,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-858

UNPUBLISHED ORDER

Before Elrod, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:

  IT IS ORDERED that an administrative stay is entered pending further order of the court.