# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 23-50668    Book People v. Wong
                     USDC No. 1:23-CV-858


Enclosed is an order entered in this case.



                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Casey A. Sullivan, Deputy Clerk
                         504-310-7642

Ms. Christina Cella
Mr. Philip Devlin
Mr. Michael Lambert
Ms. Lanora Christine Pettit
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb


P.S. TO ALL COUNSEL: An expedited briefing schedule will issue
under separate cover. Paper copies of all briefs will be due for
filing immediately after electronic filing.