# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50668

---

Book People, Incorporated; VBK, Incorporated, *doing business as* Blue Willow Bookshop; Association of American Publishers; Authors Guild, Incorporated; Comic Book Legal Defense Fund; American Booksellers Association,

        *Plaintiffs—Appellees,*

*versus*

Martha Wong, *in her official capacity as the Chair of the Texas State Library and Archives Commission*; Kevin Ellis, *in his official capacity the Chair of the Texas State Board of Education*; Mike Morath, *in his official capacity as the Commissioner of the Texas Education Agency,*

        *Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-858

---

ORDER:

    IT IS ORDERED that Appellees' opposed motion to continue oral argument is GRANTED.

No. 23-50668

IT IS FURTHER ORDERED that the appeal is EXPEDITED to the next available oral argument panel. The administrative stay issued on September 25, 2023, continues in effect pending further order of the court.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT