**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**
**NEW ORLEANS, LOUISIANA**
**EN BANC COURTROOM**

The Court has scheduled the following case for oral argument in Room 209 of the John Minor Wisdom United States Court of Appeals Building, 600 Camp Street, NEW ORLEANS, LOUISIANA on the day shown:

COUNSEL FOR EACH PARTY MUST PRESENT ARGUMENT UNLESS EXCUSED BY THE COURT.  CASES MARKED * ARE LIMITED TO 20 MINUTES PER SIDE; CASES WITH NO * ARE LIMITED TO 30 MINUTES PER SIDE UNLESS PREVIOUSLY GRANTED ADDITIONAL TIME.  "SIDE" REFERS TO PARTIES IN THEIR POSITION ON APPEAL.  IF IN DOUBT, CONSULT THE CLERK'S OFFICE.

**WEDNESDAY, NOVEMBER 29, 2023 – *COURT CONVENES AT 10:00 A.M.***

*No. 23-50668 Book People, Et Al. v. Martha Wong, Et Al., Appellants.

LYLE W. CAYCE
CLERK OF COURT

NEW ORLEANS, LA-10/11/23-B5

**IMPORTANT NOTES**

1. Counsel presenting argument must report to Room 209 of the Wisdom Courthouse at 9:30 a.m.

2. Click on this link to listen live to an oral argument:  En Banc Courtroom. (Note, this link is active only during the hearing.) If the live stream is not functioning properly during the hearing, call 504-310-7804 to report the problem.

3. Click on this link to listen to a recording of the argument after the hearing:  Oral Argument Recordings. (Recordings are posted shortly after the hearing.)

4. To receive notices of actions in the case, follow instructions at these links:

Attorneys requesting notice of case activity click here:  Notice for Cases of Interest for Attorneys
Non-attorneys requesting notice of case activity click here:  Notice for Cases of Interest for Non-Attorneys

PLEASE VISIT OUR WEBSITE AT WWW.CA5.USCOURTS.GOV. FOR UPDATES TO THE CALENDARS AND TO OBTAIN THE NAMES OF THE PANEL JUDGES, WHICH WILL BE POSTED ON THE CALENDARS ONE WEEK BEFORE THE BEGINNING OF THE COURT WEEK.