# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2023

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

    No. 23-50668    Book People v. Wong
                           USDC No. 1:23-CV-858

Dear Ms. Jackson,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Renee S. McDonough, Deputy Clerk
        504-310-7673

cc:
    Ms. Christina Cella
    Mr. Michael Lambert
    Ms. Lanora Christine Pettit
    Ms. Laura Lee Prather
    Ms. Catherine Lewis Robb