# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2023

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

    No. 23-50668   Book People v. Wong
                           USDC No. 1:23-CV-858

Dear Ms. Jackson,

We have reviewed your electronically filed record excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Renee S. McDonough, Deputy Clerk
                                      504-310-7673

cc:
    Ms. Christina Cella
    Mr. Michael Lambert

Ms. Lanora Christine Pettit
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb