# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2023

```
Ms. Christina Cella
Office of the Attorney General of Texas
General Litigation Division
300 W. 15th Street
William P. Clements Building
6th Floor
Austin, TX 78701

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Michael Lambert
Haynes & Boone, L.L.P.
600 Congress Avenue
Suite 1300
Austin, TX 78701

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Laura Lee Prather
Haynes & Boone, L.L.P.
600 Congress Avenue
Suite 1300
Austin, TX 78701

Ms. Catherine Lewis Robb
Haynes & Boone, L.L.P.
600 Congress Avenue
Suite 1300
Austin, TX 78701

Mr. Coy Allen Westbrook
```

Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

    No. 23-50668   Book People v. Wong
                          USDC No. 1:23-CV-858

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Peter A. Conners, Deputy Clerk
                                       504-310-7685