# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50668   Book People v. Wong
                  USDC No. 1:23-CV-858

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Christina Cella
Ms. Kateland R. Jackson
Mr. Michael Lambert
Ms. Lanora Christine Pettit
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Chance Weldon
Mr. Coy Allen Westbrook