# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2023

Mr. Chance Weldon
901 Congress Avenue
Austin, TX 78701

    No. 23-50668    Book People v. Wong
                             USDC No. 1:23-CV-858

Dear Mr. Weldon,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                 By: _____
                                 Melissa V. Mattingly, Deputy Clerk
                                 504-310-7719

cc:
    Ms. Christina Cella
    Ms. Kateland R. Jackson
    Mr. Michael Lambert
    Ms. Lanora Christine Pettit
    Ms. Laura Lee Prather
    Ms. Catherine Lewis Robb
    Mr. Coy Allen Westbrook