# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 14, 2023

Ms. Laura Lee Prather
Haynes & Boone, L.L.P.
600 Congress Avenue
Suite 1300
Austin, TX 78701

    No. 23-50668    Book People v. Wong
                       USDC No. 1:23-CV-858

Dear Ms. Prather,

We have reviewed your electronically filed record excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                                                Sincerely,

                                                LYLE W. CAYCE, Clerk

                                                By: _____
                                                Renee S. McDonough, Deputy Clerk
                                                504-310-7673

cc:
    Ms. Christina Cella
    Ms. Kateland R. Jackson
    Mr. Michael Lambert

Ms. Lanora Christine Pettit
Mr. William Reid Pillifant
Ms. Catherine Lewis Robb
Mr. Chance Weldon
Mr. Coy Allen Westbrook