# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 17, 2023

Ms. Linda Steinman
Davis Wright Tremaine, L.L.P.
1251 Avenue of the Americas
21st Floor
New York, NY 10020

    No. 23-50668    Book People v. Wong
                          USDC No. 1:23-CV-858

Dear Ms. Steinman,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Section titled Disclosure Statement is missing

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Renee McDonough*
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Ms. Christina Cella
    Ms. Kateland R. Jackson
    Mr. Michael Lambert
    Ms. Lanora Christine Pettit
    Mr. William Reid Pillifant
    Ms. Laura Lee Prather
    Ms. Catherine Lewis Robb
    Mr. Chance Weldon
    Mr. Coy Allen Westbrook