# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 17, 2023

Ms. Catherine Bukowski Smith
Vinson & Elkins, L.L.P.
845 Texas Avenue
Suite 2500
Houston, TX 77002-5248

    No. 23-50668   Book People v. Wong
                          USDC No. 1:23-CV-858

Dear Ms. Smith,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.  Exception:  As of July 2, 2018, Anders briefs only require 2 paper copies.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Renee S. McDonough, Deputy Clerk
                                        504-310-7673

cc:
    Ms. Christina Cella
    Ms. Kateland R. Jackson
    Mr. Michael Lambert
    Mr. Thomas S. Leatherbury
    Ms. Lanora Christine Pettit
    Mr. William Reid Pillifant
    Ms. Laura Lee Prather
    Ms. Catherine Lewis Robb
    Ms. Linda Steinman
    Mr. Chance Weldon
    Mr. Coy Allen Westbrook