# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 17, 2023

Mr. Thomas S. Leatherbury
Thomas S. Leatherbury Law, P.L.L.C.
1901 N. Akard Street
Dallas, TX 75201

Ms. Linda Steinman
Davis Wright Tremaine, L.L.P.
1251 Avenue of the Americas
21st Floor
New York, NY 10020

    No. 23-50668    Book People v. Wong
                       USDC No. 1:23-CV-858

Dear Mr. Leatherbury, Ms. Steinman,

We have reviewed your electronically filed amicus brief and it is sufficient.

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Renee S. McDonough, Deputy Clerk
                    504-310-7673

cc:
    Ms. Christina Cella
    Ms. Kateland R. Jackson
    Mr. Michael Lambert
    Ms. Lanora Christine Pettit
    Mr. William Reid Pillifant
    Ms. Laura Lee Prather
    Ms. Catherine Lewis Robb

Mr. Chance Weldon
Mr. Coy Allen Westbrook