# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 18, 2023

Mr. Thomas F. Allen Jr.  
Frost Brown Todd, L.L.P.  
2101 Cedar Springs Road  
Suite 900  
Dallas, TX 75201

    No. 23-50668    Book People, Incorporated v. Martha Wong  
                      USDC No. 1:23-CV-858

Dear Mr. Allen,

You must submit the 7 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Mary Frances Yeager, Deputy Clerk  
                          504-310-7686

cc:    Mr. Joshua J. Bennett  
       Mr. James G. Byrd  
       Ms. Christina Cella  
       Ms. Kateland R. Jackson  
       Mr. Michael Lambert  
       Mr. Thomas S. Leatherbury  
       Ms. Lanora Christine Pettit  
       Mr. William Reid Pillifant  
       Ms. Laura Lee Prather  
       Ms. Catherine Lewis Robb  
       Ms. Catherine Bukowski Smith  
       Ms. Linda Steinman  
       Mr. Chance Weldon  
       Mr. Coy Allen Westbrook