# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 18, 2023

Mr. Peter Drew Kennedy
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue
Suite 2200
Austin, TX 78701

No. 23-50668     Book People, Incorporated v. Wong
                 USDC No. 1:23-CV-858

Dear Mr. Kennedy,

You must submit the 7 paper copies of your amicus curiae brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.  Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Thomas F. Allen Jr.
     Mr. Joshua J. Bennett
     Mr. James G. Byrd
     Ms. Christina Cella
     Ms. Kateland R. Jackson
     Mr. Michael Lambert
     Mr. Thomas S. Leatherbury
     Ms. Lanora Christine Pettit
     Mr. William Reid Pillifant
     Ms. Laura Lee Prather
     Ms. Catherine Lewis Robb
     Ms. Catherine Bukowski Smith
     Ms. Linda Steinman

Mr. Chance Weldon
Mr. Coy Allen Westbrook