# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 18, 2023

Mr. Joshua J. Bennett  
Carter Arnett, P.L.L.C.  
8150 N. Central Expressway  
Suite 500  
Dallas, TX 75206

No. 23-50668   Book People, Incorporated v. Martha Wong  
USDC No. 1:23-CV-858

Dear Mr. Bennett,

You must submit the 7 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.  Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

cc:  Mr. James G. Byrd  
     Ms. Christina Cella  
     Ms. Kateland R. Jackson  
     Mr. Michael Lambert  
     Mr. Thomas S. Leatherbury  
     Ms. Lanora Christine Pettit  
     Mr. William Reid Pillifant  
     Ms. Laura Lee Prather  
     Ms. Catherine Lewis Robb  
     Ms. Catherine Bukowski Smith  
     Ms. Linda Steinman  
     Mr. Chance Weldon  
     Mr. Coy Allen Westbrook