# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-50668

———————

Book People, Incorporated; VBK, Incorporated, *doing business as* Blue Willow Bookshop; Association of American Publishers; Authors Guild, Incorporated; Comic Book Legal Defense Fund; American Booksellers Association,

*Plaintiffs—Appellees*,

*versus*

Martha Wong, *in her official capacity as the Chair of the Texas State Library and Archives Commission*; Kevin Ellis, *in his official capacity the Chair of the Texas State Board of Education*; Mike Morath, *in his official capacity as the Commissioner of the Texas Education Agency*,

*Defendants—Appellants.*

———————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-858

———————

ORDER:

IT IS ORDERED that the unopposed motion filed by American Civil Liberties of Texas, Dean Lawrence Sager and Professor Dale Carpenter for leave to file brief as *amici curiae* is GRANTED.

No. 23-50668

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT