# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 18, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50668   Book People, Incorporated v. Wong
                USDC No. 1:23-CV-858

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

Mr. Thomas F. Allen Jr.
Mr. Joshua J. Bennett
Mr. James G. Byrd
Ms. Christina Cella
Mr. Philip Devlin
Ms. Kateland R. Jackson
Mr. Peter Drew Kennedy
Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Ms. Lanora Christine Pettit
Mr. William Reid Pillifant
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Ms. Catherine Bukowski Smith
Ms. Linda Steinman
Mr. Chance Weldon
Mr. Coy Allen Westbrook