No. 23-50668

# United States Court of Appeals for the Fifth Circuit

Book People, Incorporated; VBK, Incorporated, *doing business as* Blue Willow Bookshop; Association of American Publishers; Authors Guild, Incorporated; Comic Book Legal Defense Fund; American Booksellers Association,

*Plaintiffs-Appellees,*

v.

Martha Wong, *in her official capacity as the Chair of the Texas State Library and Archives Commission*; Kevin Ellis, *in his official capacity the Chair of the Texas State Board of Education*; Mike Morath, *in his official capacity as the Commissioner of the Texas Education Agency*,

*Defendants-Appellants.*

On appeal from the United States District Court for the Western District of Texas
Honorable Alan Albright

**UNOPPOSED MOTION OF *AMICUS CURIAE* FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, CATO INSTITUTE, AND NATIONAL COALITION AGAINST CENSORSHIP FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

JOSHUA J. BENNETT*
CARTER ARNETT PLLC
8150 N. Central Expy, Ste 500
Dallas, Texas 75206
(214) 550-8188 (Telephone)
(214) 550-8185 (Facsimile)
*jbennett@carterarnett.com*

JT MORRIS
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
700 Pennsylvania Ave, SE, Ste 340
Washington, DC 20003
(215) 717-3473
*jt.morris@thefire.org*

*\*Counsel of Record*

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record certifies that the following listed persons are entities as described in Local Rule 29.2 have an interest in the outcome of this case. These representations are made so that the judges of this court may evaluate possible disqualification or recusal.

| Person or Entity | Connection to Case |
| --- | --- |
| Foundation for Individual Rights and Expression (FIRE) | *Amicus curiae* |
| Joshua J. Bennett | Counsel to *amici* |
| JT Morris | Counsel to *amicus* FIRE |
| Cato Institute | Amicus curiae |
| National Coalition Against Censorship | Amicus curiae |

Pursuant to Federal Rule of Appellate Procedure 26.1, counsel for *amicus* certifies that (1) *amici* do not have any parent corporations, and (2) no publicly held companies hold 10% or more of the stock or ownership interest in *amici*.

/s/ Joshua J. Bennett
November 17, 2023

ii

Under Federal Rule of Appellate Procedure 29(b) and Fifth Circuit Rule 29.1, the Foundation for Individual Rights and Expression (FIRE), the Cato Institute, and the National Coalition Against Censorship seek leave to file a brief as amicus curiae supporting Appellees (Book People, Inc. et al.) and urging the court to affirm the district court's preliminary injunction.

## INTEREST OF *AMICUS CURIAE*[1]

**FIRE** is a nonpartisan, nonprofit organization dedicated to defending the rights of all Americans to the freedoms of speech, expression, and conscience—the essential qualities of liberty. Since 1999, FIRE has successfully defended the rights of individuals through public advocacy, strategic litigation, and participation as *amicus curiae* in cases that implicate expressive rights under the First Amendment. *See, e.g.*, *Villarreal v. City of Laredo, Texas*, No. 20-40359 (5th Cir. argued *en banc* Jan. 25, 2023); Brief of FIRE as *Amicus Curiae* in Support of Plaintiff-Appellee, *Rogers v. Smith*, No. 22-30352 (5th Cir. filed Jan. 27, 2023);

---

[1] No counsel for a party authored this brief in whole or part. Further, no person, other than *amicus*, its members, or its counsel contributed money intended to fund preparing or submitting this brief. All parties have either consented or are unopposed to the filing of this brief.

Brief of FIRE as *Amicus Curiae* in Support of Plaintiffs-Appellees, *Little v. Llano County*, No. 23-50224 (5th Cir. filed June 2, 2023).

**The Cato Institute** is a nonpartisan public policy research foundation founded in 1977 and dedicated to advancing the principles of individual liberty, free markets, and limited government. Cato's Robert A. Levy Center for Constitutional Studies was established in 1989 to help restore the principles of limited constitutional government that are the foundation of liberty. Toward those ends, Cato publishes books and studies, conducts conferences, and produces the annual *Cato Supreme Court Review*.

**The National Coalition Against Censorship** (NCAC) is an alliance of more than 50 national non-profit educational, professional, labor, artistic, religious, and civil liberties groups that are united in their commitment to freedom of expression. The positions advocated in this brief do not necessarily reflect the views of all of its member organizations. The Coalition was founded in 1974 in response to the landmark Supreme Court decision Miller v. California, which narrowed First Amendment protections for sexual expression and opened the door to obscenity prosecutions. NCAC has long recognized - and opposed -

attempts to censor or limit access to reading material, including great works of literature and art, under the guise of labeling it as obscene, pornographic, or sexually explicit. For almost 50 years, the NCAC has engaged in direct advocacy and education to support free expression rights of authors, readers, publishers, booksellers, teachers, librarians, artists, students and others. NCAC offers programs designed to prevent censorship in local communities, libraries, and schools, including the Kids' Right to Read Network, focused on countering the current increase in book challenges and book bans across the nation.

## DESIREABILITY AND RELEVANCE OF THE PROPOSED BRIEF

Amici's brief is "desirable" and "relevant to the disposition of the case" as Rule 29 requires. Fed. R. App. P. 29(a)(3)(B), (b)(3). The brief explains to explain the serious threat the Restricting Explicit and Adult-Designated Educational Resources Act's vague, limitless standards and content-based regulation of speech present to the First Amendment and how they deprive the public of due process. The brief draws on the technical and historical meaning of terms incorporated by, and central to, the Act's regulatory regime to show why the Act is too indeterminate to provide fair notice to the public about what falls within the Act's grasp

3

while also giving unbounded discretion to those who enforce the Act to tailor enforcement to majoritarian whims, thus chilling and even compelling speech in violation of the First Amendment. The brief also explores why action is needed here, given the recent and sharp rise in partisan efforts to control public discourse by banning books in libraries and other public spaces.

## DISCLOSURE

No counsel for a party authored this brief in whole or part. No person, other than *amici*, their members, or their counsel contributed money intended to fund the preparation or submission of this brief.

All parties have either consented or are unopposed to the filing of this brief.

The brief is timely filed by the deadline the court established.

Accordingly, given their interest in this case, the prospective amici respectfully request that they be granted leave to file the proposed brief.

Dated: November 17, 2023  */s/ Joshua J. Bennett*
Joshua J. Bennett*
Texas Bar No. 24059444
CARTER ARNETT PLLC
8150 N. Central Expy, Ste. 500
Dallas, Texas 75206
(214) 550-8188
jbennett@carterarnett.com
*Counsel of Record*

JT MORRIS
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE
Suite 340
Washington, DC 20003
(215) 717-3473
jt.morris@thefire.org

5

**Certificate of Compliance With Type-Volume Limit**

1. This document complies with the word limit of Fed. R. App. P. 29(a)(5) because, excluding the parts of the document exempted by the Fed. R. App. P. 32(f): this document contains 732 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook, and 12-point Century Schoolbook for footnotes.

Date: November 17, 2023  /s/ Joshua Bennett
　　　　　　　　　　　　　　JOSHUA BENNETT

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 17, 2023, an electronic copy of the Foundation for Individual Rights and Expression Brief of *Amicus Curiae* was filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. The undersigned also certifies all parties in this case are represented by counsel who are registered CM/ECF users and that service of the brief will be accomplished by the CM/ECF system.

Dated: November 17, 2023          /s/ Joshua J. Bennett
                                  JOSHUA J. BENNETT
                                  ON BEHALF OF AMICI