# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

November 20, 2023

Mr. Joshua J. Bennett  
Carter Arnett, P.L.L.C.  
8150 N. Central Expressway  
Suite 500  
Dallas, TX 75206

    No. 23-50668   Book People, Incorporated v. Wong  
                       USDC No. 1:23-CV-858

Dear Mr. Bennett,

We received your motion to file amici curiae brief. The motion is unnecessary as the brief contained consent. Therefore, we are taking no action on this motion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

cc:  Mr. Thomas F. Allen Jr.  
     Mr. James G. Byrd  
     Ms. Christina Cella  
     Ms. Kateland R. Jackson  
     Mr. Peter Drew Kennedy  
     Mr. Michael Lambert  
     Mr. Thomas S. Leatherbury  
     Mr. Garrett Meisman  
     Ms. Lanora Christine Pettit  
     Mr. William Reid Pillifant  
     Ms. Laura Lee Prather  
     Ms. Catherine Lewis Robb  
     Ms. Catherine Bukowski Smith  
     Mr. Peter Steffensen  
     Ms. Linda Steinman

Mr. Chance Weldon
Mr. Coy Allen Westbrook