# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2023

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

    No. 23-50668    Book People, Incorporated v. Wong
                          USDC No. 1:23-CV-858

Dear Ms. Jackson,

You must submit the 7 paper copies of your reply brief required by 5th Cir. R. 31.1.

Due to the case being expedited, please overnight the paper copies. Paper copies are due by 11/22/2023.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

cc:
    Mr. Thomas F. Allen Jr.
    Mr. Joshua J. Bennett
    Mr. James G. Byrd
    Ms. Christina Cella
    Mr. Ryan W Goellner
    Mr. Peter Drew Kennedy
    Mr. Michael Lambert
    Mr. Thomas S. Leatherbury
    Mr. Garrett Meisman
    Mr. JT Morris
    Ms. Lanora Christine Pettit
    Mr. William Reid Pillifant
    Ms. Laura Lee Prather

Ms. Catherine Lewis Robb
Mr. Kevin T. Shook
Ms. Catherine Bukowski Smith
Mr. Peter Steffensen
Ms. Linda Steinman
Mr. Chance Weldon
Mr. Benjamin Arnold West
Mr. Coy Allen Westbrook