# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 17, 2024
Lyle W. Cayce
Clerk

No. 23-50668

_____

Book People, Incorporated; VBK, Incorporated, *doing business as* Blue Willow Bookshop; Association of American Publishers; Authors Guild, Incorporated; Comic Book Legal Defense Fund; American Booksellers Association,

*Plaintiffs—Appellees*,

*versus*

Martha Wong, *in her official capacity as the Chair of the Texas State Library and Archives Commission*; Kevin Ellis, *in his official capacity the Chair of the Texas State Board of Education*; Mike Morath, *in his official capacity as the Commissioner of the Texas Education Agency*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-858

_____

Before Wiener, Willett, and Douglas, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

No. 23-50668

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.