# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50668    Book People, Incorporated v. Wong  
                    USDC No. 1:23-CV-858

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Casey A. Sullivan, Deputy Clerk  
504-310-7642

Mr. Thomas F. Allen Jr.  
Mr. Joshua J. Bennett  
Mr. James G. Byrd  
Ms. Christina Cella  
Mr. Philip Devlin  
Mr. Ryan W Goellner  
Ms. Kateland R. Jackson  
Mr. Peter Drew Kennedy  
Mr. Michael Lambert  
Mr. Thomas S. Leatherbury  
Mr. Garrett Meisman  
Mr. JT Morris  
Ms. Lanora Christine Pettit  
Mr. William Reid Pillifant  
Ms. Laura Lee Prather  
Mr. Benjamin Edward Prengler  
Ms. Catherine Lewis Robb  
Mr. Kevin T. Shook  
Ms. Catherine Bukowski Smith  
Mr. Peter Steffensen  
Ms. Linda Steinman  
Mr. Chance Weldon  
Mr. Benjamin Arnold West  
Mr. Coy Allen Westbrook